IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                3:00cr48/LAC
                                                   3:05cv136/LAC/MD

THOMAS L. McCRIMMON,

## REPORT AND RECOMMENDATION

This cause is before the court upon defendant's letter to the clerk of court in which he indicates his request to withdraw his motion for habeas relief under 28 U.S.C. § 2255. (Doc. 1268). Defendant indicates that he submits this withdrawal request on his own accord, free from promises or threats of any kind, therefore his request should be granted.

Accordingly, it is respectfully RECOMMENDED:

Defendant's motion to dismiss his § 2255 motion (doc. 1268) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 11th day of May, 2005.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).