## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                             **CASE NO.: 3:00cr48/LAC**
                                                    **3:05cv136/LAC/MD**

**THOMAS L. McCRIMMON**
_____

### ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 11, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

Defendant's motion to dismiss his § 2255 motion (doc. 1268) is granted and this case is dismissed without prejudice.

DONE AND ORDERED this 13th day of June, 2005.


                                    s/*L.A. Collier*
                                    **LACEY A. COLLIER**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**